# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:04CV491

| | |
|---|---|
| **CRYSTAL EILEEN ARMSTRONG,**   Plaintiff | ) ) ) |
| vs. | ) **ORDER** ) |
| **AMERICREDIT FINANCIAL SERVICES, INC.,**   Defendant. | ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion to Extend the Mediation Deadline" (Document No. 17), filed June 28, 2005, 2005. Seeing that parties agree to the motion, and for good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion to Extend the Mediation Deadline" (Document No. 17) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order, filed on October 25, 2004, is hereby amended as follows: Mediation shall be completed with the filing of a report with the results on or before August 22, 2005.

**Signed: July 1, 2005**

_____
David C. Keesler
United States Magistrate Judge